**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JESSICA SHIRLEY, INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND INTERIM ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD, | : : : : : : | No. 106 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 41 MD 2022 dated November 1, 2023 |
| Appellant | : : : | ARGUED: May 13, 2025 |
| v. | : : : | |
| PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, STEPHANIE FIELDER LATIMORE, DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN, | : : : : : : : : | |
| Appellees | : : | |
| BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; HERITAGE POWER, LLC; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, | : : : : : : : : : : : : : : | No. 107 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 247 MD 2022 dated November 1, 2023<br><br>ARGUED: May 13, 2025 |
| Appellees | : : : | |
| v. | : : | |

```
                                          :
                                          :
                                          :
PENNSYLVANIA DEPARTMENT OF                :
ENVIRONMENTAL PROTECTION AND              :
PENNSYLVANIA ENVIRONMENTAL                :
QUALITY BOARD,                            :
                                          :
                                          :
            Appellants                    :
```

## ORDER

**PER CURIAM**

 **AND NOW,** this 6th day of January, 2026, upon consideration of Appellant's applications to discontinue the above-captioned appeals and the responses thereto, it is hereby **ORDERED** that the applications are **GRANTED** and the above-captioned appeals are **DISMISSED**.